JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/22/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CASTRUITA and ROSEANNA CASTRUITA, | Case No. 2:15-cv-06142-AB (JPRx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| CITIMORTGAGE, INC., BANK OF AMERICA, N.A., and DOES 1-10, | |
| Defendants. | |

   THE COURT having been advised by counsel that the above-entitled action has been settled, (*see* Dkt. No. 14.);

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: September 22, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE