JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CASTRUITA and ROSEANNA CASTRUITA,<br><br>              Plaintiffs,<br><br>  vs.<br><br>CITIMORTGAGE, INC., BANK OF AMERICA, N.A., and DOES 1-10,<br><br>              Defendants. | Case No.: 2:15-cv-06142-AB-JPRx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  Based on the Stipulation of Dismissal that has been filed in the above-captioned

2  matter, IT IS HEREBY ORDERED that Plaintiffs' Complaint is hereby dismissed

3  with prejudice, with each party to bear its own costs.

4

5  **SO ORDERED:**

6

7  DATED:  September 30, 2015    _____

8                                 Hon. André Birotte Jr.

9                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

- 1 -
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE